# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA LISK,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-5286-SKV |

\_\_\_\_ **Jury Verdict.**  This action comes before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 By Order of the Court, the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

 Dated this 4th day of December, 2023.

                 RAVI SUBRAMANIAN
                 Clerk

                 s/ Stefanie Prather
                 Deputy Clerk